No. 84–191.  EISENBERG v. SCHWALBE, *ante*, p. 858;

No. 84–274.  KNAPP STREET REALTY CORP. v. WISCONSIN INSURANCE PLAN ET AL., *ante*, p. 917;

No. 84–5010.  NOE v. NEAVES, WARDEN, ET AL., *ante*, p. 860;

No. 84–5051.  HOWELL v. MARYLAND, *ante*, p. 1039;

No. 84–5314.  KULIK v. CALIFORNIA, *ante*, p. 1074;

No. 84–5380.  SUMMA v. HASSON ET AL., *ante*, p. 925;

No. 84–5432.  UDELL v. DISTRICT OF COLUMBIA COURT OF APPEALS COMMITTEE ON ADMISSIONS, *ante*, p. 1040;

No. 84–5457.  FULSOM v. WHITE, SUPERINTENDENT, MOBERLY TRAINING CENTER FOR MEN, *ante*, p. 1040;

No. 84–5506.  DINGLE v. SIMPKINS, *ante*, p. 1030;

No. 84–5528.  PIATKOWSKA v. INDUSTRIAL INDEMNITY CO., *ante*, p. 1041; and

No. 84–5533.  STEPHENS v. SNEATH ET AL., *ante*, p. 1041. Petitions for rehearing denied.

No. 83–826.  HAMED & SALEM, INC. v. UNITED STATES, 465 U. S. 1023;

No. 83–6770.  HARRIS v. UNITED STATES, *ante*, p. 840; and

No. 84–5366.  HAYES v. BROTHERHOOD OF RAILWAY & AIRLINE CLERKS, ALLIED SERVICES DIVISION, *ante*, p. 935.  Motions for leave to file petitions for rehearing denied.

JANUARY 15, 1985

No. A–541.  SKILLERN v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.  Application for stay of execution of sentence of death scheduled for Wednesday, January 16, 1985, presented to JUSTICE WHITE, and by him referred to the Court, denied.  JUSTICE POWELL took no part in the consideration or decision of this application.

JUSTICE BRENNAN, with whom JUSTICE MARSHALL joins, dissenting.

I

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment forbidden by the Eighth and Fourteenth Amendments, see *Gregg* v. *Georgia*, 428 U. S. 153, 227 (1976) (BRENNAN, J., dissenting), I would grant the application for a stay of execution.